```
              IN THE UNITED STATES DISTRICT COURT
             FOR THE SOUTHERN DISTRICT OF ALABAMA
                        SOUTHERN DIVISION


TERRY A. RAINE, JR.,              :
                                  :
     Plaintiff,                   :
                                  :
vs.                               :
                                  :       CIVIL ACTION 12-0529-M
CAROLYN W. COLVIN,                :
Commission of Social Security,    :
                                  :
     Defendant.                   :
```

## JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that JUDGMENT be entered in favor of Defendant Carolyn W. Colvin and against Plaintiff Terry A. Raine, Jr.

DONE this 19th day of April, 2013.

s/BERT W. MILLING, JR.
UNITED STATES MAGISTRATE JUDGE
