IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| TERRY A. RAINE, JR., : | |
| : | |
| Plaintiff, : | |
| : | |
| vs. : | |
| : | CIVIL ACTION 12-0529-M |
| CAROLYN W. COLVIN, : | |
| Commission of Social Security, : | |
| : | |
| Defendant. : | |

JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that JUDGMENT be entered in favor of Defendant Carolyn W. Colvin and against Plaintiff Terry A. Raine, Jr.

DONE this 19th day of April, 2013.

s/BERT W. MILLING, JR.
UNITED STATES MAGISTRATE JUDGE